```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 21250
   CEDRIC A LOGWOOD
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-7651


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 11/13/2007 and was confirmed 01/14/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 08/04/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
HSBC AUTOMOTIVE FINANCE  SECURED VEHIC    25441.23         1184.40       1195.77
HSBC AUTOMOTIVE FINANCE  UNSECURED         3337.72            .00            .00
CHICAGO FIRE FIGHTERS C  NOTICE ONLY      NOT FILED          .00            .00
CHRIST MEDICAL CENTER    UNSECURED        NOT FILED          .00            .00
DIRECTORY PUBLICATION OF UNSECURED        NOT FILED          .00            .00
SALUTE VISA              UNSECURED        NOT FILED          .00            .00
TIMOTHY K LIOU           REIMBURSEMENT        9.20           .00           9.20
TIMOTHY K LIOU           DEBTOR ATTY      3,500.00                          .00
TOM VAUGHN               TRUSTEE                                         207.77
DEBTOR REFUND            REFUND                                             .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  2,597.14

PRIORITY                                       9.20
SECURED                                    1,195.77
    INTEREST                               1,184.40
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                         207.77
DEBTOR REFUND                                   .00
                         ---------------   ---------------
TOTALS                   2,597.14          2,597.14
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/19/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE